UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCKINNEY,<br><br>        Petitioner,<br><br>    v.<br><br>KATHLEEN ALLISON, Secretary, California Department of Corrections and Rehabilitation, et al.,<br><br>        Respondents. | Case No. CV 22-01243 SPG (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (the "Report"). The Court has further engaged in a *de novo* review of those portions of the Report issued on September 23, 2022, to which Petitioner has objected. The Court is not persuaded by Petitioner's objections and hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

    IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED:  November 15, 2022

                                                HON. SHERILYN PEACE GARNETT
                                                UNITED STATES DISTRICT JUDGE